UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANETTE STONE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-12609-ADB |
| | * | |
| AMAZON CORPORATION WHOLE FOODS, | * | |
| | * | |
| | * | |
| Defendant. | | |

## FINAL ORDER OF DISMISSAL

In accordance with the memorandum and order dated May 13, 2019, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 5/13/2019

By the Court,

/s/ Karen Folan
Deputy Clerk